## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

FERNANDO AGUILAR
Reg.#17139-179                                                                                    PETITIONER

VS.                                    2:05CV00068 JTR

LINDA SANDERS, Warden,
FCI Forrest City, Arkansas                                                            RESPONDENT

### JUDGMENT

    Consistent with the Memorandum Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that Judgment be entered in favor of Respondent, and that this habeas

action is hereby DISMISSED, WITHOUT PREJUDICE.

    Dated this 28th day of March, 2006.

_____
UNITED STATES MAGISTRATE JUDGE